# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>ROSS, ALLYNE R. | **2. Court or Organization**<br><br>U.S.D.C., EDNY | **3. Date of Report**<br><br>07/31/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐  Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT, EDNY
225 CADMAN PLAZA EAST
ROOM 915 SOUTH
BROOKLYN, NY 11201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Trustee of WisdomTree Trust |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WFG-WPX Partners LLC | E | Distribution | M | T | | | | | 113 |
| 2. Trust #1 (H) | | | | | | | | | 1 |
| 3. Northwestern Mutual Whole Life Insurance | B | Interest | L | T | | | | | 2 |
| 4. IRA #1 (H) | | | | | | | | | 3 |
| 5. Cisco Systems | B | Dividend | K | T | | | | | 4 |
| 6. General Electric | B | Dividend | K | T | | | | | 6 |
| 7. American Express | A | Dividend | | | Sold | 01/12/16 | K | | 7 |
| 8. Citigroup | A | Dividend | J | T | | | | | 8 |
| 9. Intel | A | Dividend | J | T | Sold (part) | 02/10/16 | K | | 9 |
| 10. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 11. Powershares ETF Final PGFD Portofolio | B | Dividend | | | Sold | 11/15/16 | K | | 11 |
| 12. Enterprise Prods Partners | B | Dividend | K | T | | | | | 12 |
| 13. BlackRock Global Energy & Resources Trust | B | Dividend | K | T | | | | | 14 |
| 14. BlackRock Health Sciences Trust | B | Dividend | K | T | | | | | 15 |
| 15. Clearbridge Energy MLP | B | Dividend | J | T | | | | | 16 |
| 16. Fiduciary/Claymore MLP | B | Dividend | K | T | | | | | 17 |
| 17. Adobe Systems (ADBE) | | None | K | T | Buy | 12/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Water Works Co (AWK) | A | Dividend | K | T | Buy | 11/29/16 | K | | |
| 19. Enterprise Prod PRTNRS LP | | None | K | T | Buy | 04/05/16 | J | | |
| 20. Tekla Healthcare | B | Dividend | K | T | | | | | 18 |
| 21. Dow Chemical | A | Dividend | K | T | | | | | 19 |
| 22. Conoco Phillips | | None | | | Sold | 01/11/16 | J | | 20 |
| 23. Cohen & Steers Infrastructure Fund | A | Dividend | J | T | Sold (part) | 11/18/16 | J | | 21 |
| 24. Kayne Anderson Energy Dev. Co. | B | Dividend | K | T | | | | | 22 |
| 25. Kayne Anderson MLP Inv. Co. | C | Dividend | K | T | | | | | 23 |
| 26. Bank of America | A | Dividend | K | T | | | | | 24 |
| 27. Bank of America preferred | B | Dividend | K | T | | | | | 25 |
| 28. Bristol Myers Squibb | A | Dividend | K | T | Buy | 09/05/16 | K | | |
| 29. Colgate Palmolive | | None | | | Sold | 01/20/16 | K | | 28 |
| 30. CVS | A | Dividend | K | T | Buy | 12/21/16 | K | | |
| 31. Softbank | | None | | | Sold | 02/12/16 | K | | 34 |
| 32. Target Corporation (TGT) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 33. Wells Fargo & Co New (WFC) | A | Dividend | K | T | Buy | 10/05/16 | K | | |
| 34. NXP Semiconductors NV (NXPI) | | None | J | T | Buy | 08/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sunoco Logistics Part (SXL) | B | Dividend | K | T | Buy | 12/13/16 | K | | |
| 36. Verizon Communications | A | Dividend | | | Buy | 02/25/16 | K | | |
| 37. | | | | | Sold | 09/19/16 | K | | |
| 38. Pepsico | B | Dividend | K | T | | | | | 38 |
| 39. Pfizer Inc. | B | Dividend | K | T | | | | | 39 |
| 40. NY CMNTY CAPITAL Trust | B | Dividend | K | T | | | | | 42 |
| 41. SPDR S&P Biotech | A | Dividend | J | T | | | | | 43 |
| 42. Apple | A | Dividend | K | T | | | | | 46 |
| 43. Ares Commerical Real Estate | B | Dividend | K | T | | | | | 47 |
| 44. Blackstone Group | B | Dividend | K | T | Buy (add'l) | 03/03/16 | J | | 48 |
| 45. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 46. Costco | A | Dividend | K | T | Sold (part) | 07/18/16 | J | | 49 |
| 47. Eli Lilly | A | Dividend | | | Sold | 03/15/16 | K | | 50 |
| 48. Ford Motor | | None | | | Sold | 01/20/16 | K | | 51 |
| 49. Netflix Inc (NFLX) | | None | J | T | Buy | 04/22/16 | J | | |
| 50. | | | | | Sold (part) | 10/18/16 | J | | |
| 51. Blackstone/GSO Strat Credit FD | C | Dividend | K | T | Buy | 03/24/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 53. IBM | A | Dividend | K | T | | | | | 52 |
| 54. KKR & Co. | | None | | | Sold | 02/11/16 | J | | 53 |
| 55. Medtronic | | None | | | Sold | 02/10/16 | K | | 54 |
| 56. Ship Finance Intl | | None | | | Sold | 01/13/16 | J | | 55 |
| 57. Starwood Property Trust | | None | | | Sold | 01/14/16 | K | | 56 |
| 58. Walmart Stores | | None | | | Sold | 07/25/16 | K | | 57 |
| 59. Barclays Bank | B | Dividend | K | T | Buy (add'l) | 08/16/16 | J | | 58 |
| 60. HSBC Holdings | B | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | 59 |
| 61. Keycorp | B | Dividend | K | T | | | | | 60 |
| 62. Eaton Vance Tax Mgd | C | Dividend | K | T | | | | | 62 |
| 63. ishares Nasdaq Biotech ETF | A | Dividend | J | T | | | | | 63 |
| 64. Gilead Science | | None | | | Buy | 06/22/16 | K | | |
| 65. | | | | | Sold | 08/08/16 | K | | |
| 66. Paypal HLDGS INC Com | | None | | | Buy | 03/02/16 | K | | |
| 67. | | | | | Sold | 09/28/16 | K | | |
| 68. IRA #2 (H) | | | | | | | | | 65 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley Bank Account | A | Interest | J | T | | | | | 69 |
| 70. Dominion Resources | A | Dividend | J | T | | | | | 66 |
| 71. Keycorp Preferred (Y) | | | | | | | | | 70 |
| 72. Kayne Anderson Energy | A | Dividend | J | T | | | | | 73 |
| 73. Cohen & Steers Infrastructure Fund | A | Dividend | J | T | | | | | 74 |
| 74. Power Shares | A | Dividend | J | T | | | | | 75 |
| 75. Brisol Myers Squibb | A | Dividend | J | T | | | | | 76 |
| 76. Caterpillar | A | Dividend | J | T | | | | | 77 |
| 77. Freeport McMoran Copper & Gold | | None | J | T | | | | | 79 |
| 78. Merck | A | Dividend | J | T | | | | | 80 |
| 79. Clorox | A | Dividend | J | T | | | | | 81 |
| 80. Colgate Palmolive | A | Dividend | J | T | | | | | 82 |
| 81. Teva Pharmaceuticals | A | Dividend | J | T | | | | | 83 |
| 82. General Electric | A | Dividend | J | T | | | | | 84 |
| 83. Kinder Morgan | A | Dividend | J | T | | | | | 85 |
| 84. Tekla Healthcare | A | Dividend | J | T | | | | | 86 |
| 85. IRA #3 (H) | | | | | | | | | 87 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Spartan Small Cap Index Fund | D | Dividend | O | T | | | | | 88 |
| 87. -Spartan Extended Market Index Fund | D | Dividend | O | T | | | | | 89 |
| 88. IRA #4 (H) | | | | | | | | | 90 |
| 89. Citibank Accounts (cash) | A | Interest | M | T | | | | | 92 |
| 90. WisdomTree International Basic Materials ETF | | None | K | T | | | | | 91 |
| 91. Brokerage #1 (H) | | | | | | | | | |
| 92. Vanguard Ltd-Term Tax-Exempt Fund | D | Dividend | N | T | Sold (part) | 07/12/16 | K | A | 94 |
| 93. Vanguard Emerging Markets Index Fund | D | Dividend | N | T | | | | | 100 |
| 94. Vanguard Mid-Cap Index Fund | E | Dividend | P1 | T | | | | | 101 |
| 95. Vanguard High-Yield Tax-Exempt Fund | D | Dividend | N | T | | | | | 102 |
| 96. Vanguard European Stock Index Fund | D | Dividend | N | T | | | | | 103 |
| 97. Vanguard Global Real Estate Fund | C | Dividend | L | T | | | | | 104 |
| 98. Wisdom Tree U.S. Small Cap. Div. Growth ETF | C | Dividend | M | T | | | | | 105 |
| 99. Wisdom Tree Global ex-US Quality Dividend | B | Dividend | L | T | | | | | 106 |
| 100. IShares Core S&P Small Cap ETF (X) | A | Dividend | M | T | | | | | |
| 101. General American Investors (Y) | | | | | | | | | 108 |
| 102. Dodge & Cox Global Stock Fund (Y) | | | | | | | | | 109 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brokerage #2 (H) | | | | | | | | | |
| 104. WisdomTree Commodity Country ETF | | None | | | Sold | 08/25/16 | L | A | 114 |
| 105. Wisdom Tree Managed Futures ETF | | None | L | T | | | | | 115 |
| 106. Brokerage #3 (H) | | | | | | | | | |
| 107. Adobe Systems Inc (OTC) | | None | K | T | Buy | 02/10/16 | J | | |
| 108. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 109. | | | | | Buy (add'l) | 06/22/16 | J | | |
| 110. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 111. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 112. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 113. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 114. Aetna Inc (AET) | A | Dividend | K | T | Buy | 01/08/16 | J | | |
| 115. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 116. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 117. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 118. Air Liquide ADR France ADR (AIQUY) | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 119. | | | | | Buy (add'l) | 08/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 121. Air Prod & Chemical INC (APD) | A | Dividend | J | T | Buy | 12/02/16 | J | | |
| 122. Alexion Pharmaceuticals INC (ALXN) | | None | K | T | Sold (part) | 07/29/16 | J | | 159 |
| 123. Alphabet Inc CL C (GOOG) | | None | K | T | Buy (add'l) | 04/05/16 | J | | 346 |
| 124. | | | | | Sold (part) | 07/29/16 | J | A | |
| 125. Amazon.com INC (AMZN) | | None | K | T | Buy (add'l) | 11/11/16 | J | | 404 |
| 126. American International Group Com New (AIG) | A | Dividend | K | T | Buy (add'l) | 03/11/16 | J | | 222 |
| 127. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 128. American Tower Corp. REIT (AMT) | A | Dividend | K | T | Sold (part) | 04/13/16 | J | A | 124 |
| 129. | | | | | Sold (part) | 04/19/16 | J | A | |
| 130. | | | | | Sold (part) | 07/29/16 | J | A | |
| 131. Anheuser Busch INBEV Spon ADR (BUD) | A | Dividend | J | T | Sold (part) | 12/19/16 | J | | 228 |
| 132. Anthem Inc. (ANTM) | A | Dividend | K | T | Buy (add'l) | 05/11/16 | J | | 226 |
| 133. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 134. Arcelormittal SA NY Registered Foreign Stock (MT) | | None | J | T | Sold (part) | 01/12/16 | J | A | 446 |
| 135. | | | | | Buy (add'l) | 04/14/16 | J | | |
| 136. | | | | | Buy (add'l) | 07/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 138. | | | | | Sold (part) | 08/10/16 | J | A | |
| 139. Australia & New Zealand Banking Group | A | Dividend | K | T | Buy (add'l) | 03/09/16 | J | | 484 |
| 140. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 141. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 142. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 143. AXA | A | Dividend | J | T | | | | | 458 |
| 144. Banco Santander Chile Spon ADR (BSAC) | A | Dividend | J | T | Buy (add'l) | 07/19/16 | J | | |
| 145. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 146. Bayer (Y) | | | | | | | | | 555 |
| 147. Biomarin Pharmaceutical Inc | | None | J | T | Sold (part) | 12/12/16 | J | | 153 |
| 148. BNP Paribas Sa ADR (BNPQY) | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 571 |
| 149. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 150. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 151. Bridgestone Corp LTD ADR Japan (BRDCY) | | None | J | T | Buy | 09/29/16 | J | | |
| 152. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 153. | | | | | Buy (add'l) | 11/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  British American Tobacco (BTI) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 580 |
| 155. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 156. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 157. | | | | | Sold (part) | 08/31/16 | J | A | |
| 158. | | | | | Sold (part) | 09/21/16 | J | A | |
| 159.  Celgene Corp. (CELG) | | None | K | T | Buy (add'l) | 01/11/16 | J | | 166 |
| 160. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 161. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 162. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 163.  Centrica PLC New 2004 Spon ADR (CPYYY) | A | Dividend | J | T | Sold (part) | 12/19/16 | J | | 582 |
| 164.  Chevron Corp (CVX) | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 332 |
| 165. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 166. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 167. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 168.  Chubb Ltd CHF (formerly Ace Ltd.) (CB) | A | Dividend | K | T | Sold (part) | 07/29/16 | J | A | 428 |
| 169.  Citigroup Inc (C) | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 193 |
| 170. | | | | | Buy (add'l) | 11/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CK Hutchison Hlds LTD (CKHUY) | A | Dividend | J | T | Buy (add'l) | 01/12/16 | J | | 604 |
| 172. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 173. | | | | | Sold (part) | 12/19/16 | J | | |
| 174. CME Group Inc (CME) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | 216 |
| 175. | | | | | Sold (part) | 11/17/16 | J | B | |
| 176. CMS Energy Corp (CMS) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | 607 |
| 177. CNOOC Ltd. Spon ADR (CEO) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 608 |
| 178. Coca Cola Co Com (KO) | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | 583 |
| 179. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 180. Comcast Corp New Cl A (CMCSA) | A | Dividend | K | T | Buy (add'l) | 08/08/16 | J | | 347 |
| 181. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 182. Concho Resources Inc (CXO) | | None | J | T | Buy | 12/02/16 | J | | |
| 183. ConocoPhillips (COP) | A | Dividend | J | T | Buy (add'l) | 02/01/16 | J | | 585 |
| 184. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 185. Costco Wholesale Corp (COST) | A | Dividend | K | T | | | | | 215 |
| 186. CVS Health Corp (CVS) | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 613 |
| 187. | | | | | Buy (add'l) | 01/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 189. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 190. | | | | | Sold (part) | 12/08/16 | J | | |
| 191. | | | | | Sold (part) | 12/15/16 | J | | |
| 192. DBS Group Holdings LTD SPON ADR (DBSDY) | | None | J | T | Buy | 11/30/16 | J | | |
| 193. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 194. Diageo PLC New GB SPON ADR (DEO) | A | Dividend | J | T | Buy (add'l) | 08/29/16 | J | | 434, 589 |
| 195. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 196. Dollar General Corp New | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 436 |
| 197. | | | | | Sold (part) | 02/01/16 | J | A | |
| 198. | | | | | Sold (part) | 07/28/16 | J | A | |
| 199. | | | | | Sold (part) | 08/08/16 | J | A | |
| 200. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 201. Dominion Resources Inc VA (D) | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 590 |
| 202. | | | | | Sold (part) | 07/28/16 | J | A | |
| 203. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 204. Dow Chemical (DOW) | A | Dividend | K | T | Buy (add'l) | 11/10/16 | J | | 213 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 206. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 207. Du Pont De Nemours (DD) | A | Dividend | K | T | Buy (add'l) | 11/10/16 | J | | 592 |
| 208. | | | | | Sold (part) | 11/17/16 | J | B | |
| 209. | | | | | Sold (part) | 12/09/16 | J | B | |
| 210. Enel SPA ADR (ENLAY) | A | Dividend | J | T | Buy (add'l) | 02/02/16 | J | | 653 |
| 211. Equinix Inc. REIT (EQIX) | A | Dividend | K | T | Sold (part) | 04/05/16 | J | A | 253 |
| 212. | | | | | Sold (part) | 04/13/16 | J | A | |
| 213. | | | | | Sold (part) | 07/29/16 | J | A | |
| 214. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 215. European Aeronaut Unsponsored (EADSY) | A | Dividend | J | T | Buy (add'l) | 02/02/16 | J | | 276 |
| 216. | | | | | Sold (part) | 04/26/16 | J | A | |
| 217. | | | | | Sold (part) | 06/02/16 | J | A | |
| 218. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 219. Exelon Corp | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 220. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 221. Exxon Mobil | A | Dividend | K | T | Buy (add'l) | 01/11/16 | K | | 594 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 07/28/16 | J | A | |
| 223. | | | | | Sold (part) | 10/17/16 | J | A | |
| 224. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 225. Facebook Inc CL A (FB) | | None | K | T | Buy (add'l) | 01/19/16 | J | | 129 |
| 226. Fastenal Co (FAST) | | None | J | T | Buy | 12/02/16 | J | | |
| 227. Gap Inc (GPS) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 464 |
| 228. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 229. | | | | | Sold (part) | 08/29/16 | J | A | |
| 230. | | | | | Sold (part) | 12/08/16 | J | | |
| 231. General Electric Co (GE) | A | Dividend | J | T | Sold (part) | 04/05/16 | J | A | 388 |
| 232. | | | | | Sold (part) | 07/28/16 | J | A | |
| 233. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 234. Goldman Sachs Group Inc (GS) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 351 |
| 235. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 236. Hess Corp (HES) | A | Dividend | K | T | Buy | 02/11/16 | J | | |
| 237. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 238. | | | | | Buy (add'l) | 11/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Home Depot Inc (HD) | A | Dividend | K | T | Sold (part) | 03/01/16 | J | A | 339 |
| 240. | | | | | Sold (part) | 03/11/16 | J | A | |
| 241. | | | | | Sold (part) | 07/28/16 | J | A | |
| 242. | | | | | Sold (part) | 08/08/16 | J | A | |
| 243. | | | | | Sold (part) | 09/23/16 | J | A | |
| 244. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 245.  Honda Motor Co ADR Japan ADR | A | Dividend | J | T | Buy | 02/29/16 | J | | |
| 246. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 247. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 248. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 249.  Honeywell International Inc (HON) | A | Dividend | K | T | Sold (part) | 07/28/16 | J | A | 416 |
| 250. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 251.  Infineon Technologies ADR (IFNNY) | A | Dividend | J | T | Sold (part) | 08/31/16 | J | A | 516 |
| 252. | | | | | Sold (part) | 11/28/16 | J | A | |
| 253.  ING Group N V NL Spon ADR (ING) | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | 623 |
| 254. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 255.  Intel Corp (INTC) | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | 269 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 257. | | | | | Sold (part) | 07/28/16 | J | A | |
| 258. | | | | | Sold (part) | 08/08/16 | K | C | |
| 259. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 260. Intercontinential Hotels Group PLC New Spon ADR (IHG) | A | Dividend | J | T | Buy (add'l) | 02/25/16 | J | | 627 |
| 261. | | | | | Sold (part) | 09/28/16 | J | A | |
| 262. Intesa San Paolo Spon ADR (ISNPY) | A | Dividend | J | T | Sold (part) | 06/27/16 | J | | 140 |
| 263. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 264. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 265. International Paper Co Common Stock (IP) | A | Dividend | J | T | Buy | 02/01/16 | J | | |
| 266. | | | | | Sold (part) | 04/05/16 | J | A | |
| 267. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 268. Invesco Ltd (IVZ) | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 269. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 270. ITV PLC ADR (ITVPY) | | None | J | T | Buy | 11/23/16 | J | | |
| 271. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | 424 |
| 272. | | | | | Sold (part) | 05/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 11/14/16 | J | B | |
| 274. | | | | | Sold (part) | 11/17/16 | J | B | |
| 275. | | | | | Sold (part) | 12/08/16 | J | | |
| 276. JPMorgan Chase & Co (JPM) | B | Dividend | L | T | Sold (part) | 02/01/16 | J | A | 342 |
| 277. | | | | | Sold (part) | 07/28/16 | J | A | |
| 278. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 279. KBC Group NV ADR (KBCSY) | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 280. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 281. | | | | | Sold (part) | 09/16/16 | J | | |
| 282. Keycorp New (KEY) | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 283. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 284. Kroger Company (KR) | A | Dividend | K | T | Buy (add'l) | 08/08/16 | J | | 177 |
| 285. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 286. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 287. Lafargeholcim LTD Unsponsored ADR | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 288. | | | | | Sold (part) | 06/24/16 | J | | |
| 289. Lloyds Banking Group PLC Spon ADR | A | Dividend | J | T | Sold (part) | 03/10/16 | J | | 520 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 06/27/16 | J | | |
| 291. | | | | | Sold (part) | 10/26/16 | J | | |
| 292. | | | | | Sold (part) | 12/19/16 | J | | |
| 293. Lockheed Martin Corp (LMT) | A | Dividend | K | T | Sold (part) | 07/28/16 | J | | 172 |
| 294. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 295. Marathon Oil Corp (MRO) | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 296. Marathon Petroleum Co (MPC) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | 169 |
| 297. Marsh & Mclennan Cos Inc (MMC) | A | Dividend | J | T | Buy | 08/08/16 | J | | |
| 298. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 299. Merck & Co Inc New Com (MRK) | A | Dividend | K | T | Sold (part) | 07/28/16 | J | A | 634 |
| 300. | | | | | Sold (part) | 12/08/16 | J | | |
| 301. MetLife Inc (MET) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 256 |
| 302. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 303. Microsoft Corp (MSFT) | A | Dividend | K | T | Sold (part) | 07/28/16 | J | A | 271 |
| 304. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 305. Mitsubishi UFJ Financial Group Inc (MTU) | A | Dividend | K | T | Buy (add'l) | 02/02/16 | J | | 418 |
| 306. | | | | | Buy (add'l) | 08/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 10/26/16 | J | | |
| 308. | | | | | Sold (part) | 11/15/16 | J | A | |
| 309. Mobileye N.V. Amstelveen EUR (MBLY) | | None | J | T | Buy (add'l) | 01/14/16 | J | | 526 |
| 310. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 311. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 312. | | | | | Sold (part) | 03/11/16 | J | | |
| 313. | | | | | Sold (part) | 06/30/16 | J | A | |
| 314. | | | | | Sold (part) | 07/08/16 | J | A | |
| 315. | | | | | Sold (part) | 07/29/16 | J | A | |
| 316. | | | | | Sold (part) | 12/12/16 | J | | |
| 317. Mondelez Intl Inc (MDLZ) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | 421 |
| 318. Monster Beverage Corp New Com (MNST) | | None | K | T | Buy (add'l) | 04/22/16 | J | | 537 |
| 319. Morgan Stanley (MS) | A | Dividend | K | T | Buy (add'l) | 02/01/16 | K | | 179 |
| 320. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 321. | | | | | Sold (part) | 07/28/16 | J | | |
| 322. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 323. Motorola Solutions Inc (MSI) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | 268 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  National Grid PLC New Spon ADR (NGG) | A | Dividend | J | T | Sold (part) | 04/22/16 | J | A | 487 |
| 325. | | | | | Sold (part) | 07/15/16 | J | A | |
| 326. | | | | | Sold (part) | 11/11/16 | J | | |
| 327. | | | | | Sold (part) | 12/19/16 | J | | |
| 328.  Nextera Energy Inc Com (NEE) | A | Dividend | K | T | Buy (add'l) | 11/10/16 | J | | 635 |
| 329.  Nippon Telegraph & Tel Corp Spon ADR | A | Dividend | J | T | Sold (part) | 04/13/16 | J | A | 636 |
| 330. | | | | | Sold (part) | 05/17/16 | J | A | |
| 331. | | | | | Sold (part) | 08/01/16 | J | A | |
| 332.  Nordea Bank Swed ADR (NRBAY) | A | Dividend | J | T | Buy (add'l) | 02/01/16 | J | | 549 |
| 333. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 334. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 335. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 336.  Norsk Hydro A.S. New Norway Spon ADR (NHYDY) | A | Dividend | J | T | Sold (part) | 03/14/16 | J | A | 197 |
| 337.  Northrup Grumman Corp (NOC) | A | Dividend | K | T | Sold (part) | 05/19/16 | J | B | 406 |
| 338. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 339.  Occidental Petroleum CRP Common Stock (OXY) | A | Dividend | K | T | Buy (add'l) | 02/01/16 | K | | 259 |
| 340. | | | | | Buy (add'l) | 05/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 342. Oracle Corp. (ORCL) | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 494 |
| 343. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 344. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 345. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 346. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 347. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 348. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 349. Paypal Holdings Inc (PYPL) | | None | K | T | Buy | 08/01/16 | J | | |
| 350. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 351. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 352. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 353. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 354. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 355. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 356. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 357. Pfizer Inc Common Stock (PFE) | B | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 408 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 359. | | | | | Sold (part) | 07/28/16 | J | A | |
| 360. | | | | | Sold (part) | 12/08/16 | K | | |
| 361. | | | | | | | | | |
| 362. | | | | | | | | | |
| 363. Philip Morris Intl Inc (PM) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | 664 |
| 364. Praxair Inc (PX) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 665 |
| 365. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 366. Priceline Group Inc New (PCLN) | | None | K | T | Sold (part) | 07/08/16 | J | A | 301 |
| 367. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 368. | | | | | Sold (part) | 07/29/16 | J | A | |
| 369. Procter & Gamble Co (PG) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 280 |
| 370. | | | | | Sold (part) | 04/13/16 | J | A | |
| 371. | | | | | Sold (part) | 06/20/16 | J | A | |
| 372. | | | | | Sold (part) | 06/24/16 | J | A | |
| 373. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 374. Prudential Financial Inc (PRU) | A | Dividend | K | T | Sold (part) | 07/28/16 | J | A | 671 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 376. Prudential PLC ADR United Kingdom (PUK) | A | Dividend | J | T | Buy (add'l) | 08/02/16 | J | | 674 |
| 377. | | | | | Sold (part) | 12/08/16 | J | A | |
| 378. | | | | | Sold (part) | 12/19/16 | J | | |
| 379. Public Service Enterprise Group Inc Common Stock (PEG) | A | Dividend | J | T | Buy (add'l) | 02/01/16 | J | | 675 |
| 380. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 381. Qualcomm Inc Common Stock (QCOM) | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 679 |
| 382. | | | | | Sold (part) | 07/28/16 | J | A | |
| 383. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 384. Quest Diagnostics (DGX) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 497 |
| 385. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 386. Raytheon Co New (RTN) | A | Dividend | K | T | Sold (part) | 05/19/16 | J | A | 182 |
| 387. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 388. | | | | | Sold (part) | 11/17/16 | J | A | |
| 389. Reynolds American Inc | A | Dividend | J | T | Sold (part) | 09/23/16 | J | A | 507 |
| 390. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 391. Rio Tinto PLC Spon ADR | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | 689 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 05/04/16 | J | A | |
| 393. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 394. Roche Holding LTD Spons ADR Switzerland ADR (RHHBY) | A | Dividend | K | T | Sold (part) | 01/28/16 | J | A | 677 |
| 395. | | | | | Sold (part) | 04/21/16 | J | A | |
| 396. | | | | | Sold (part) | 05/04/16 | J | | |
| 397. | | | | | Sold (part) | 12/19/16 | J | | |
| 398. Royal Dutch Shell PLC Cl A | B | Dividend | K | T | Buy (add'l) | 01/26/16 | J | | 698 |
| 399. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 400. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 401. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 402. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 403. | | | | | Sold (part) | 09/02/16 | J | A | |
| 404. | | | | | Sold (part) | 09/28/16 | J | A | |
| 405. | | | | | Sold (part) | 10/26/16 | J | A | |
| 406. Ryanair Holdings PLC Spon ADR (RYAAY) | | None | J | T | Sold (part) | 04/14/16 | J | A | 199 |
| 407. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 408. Salesforce.com Inc (CRM) | | None | K | T | Sold (part) | 02/22/16 | J | A | 704 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 05/11/16 | J | A | |
| 410. | | | | | Sold (part) | 07/29/16 | J | A | |
| 411. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 412. | | | | | Sold (part) | 10/05/16 | J | A | |
| 413. | | | | | Sold (part) | 10/06/16 | J | A | |
| 414. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 415. Sanofi Spon ADR | | None | J | T | Buy | 11/02/16 | J | | |
| 416. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 417. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 418. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 419. Schlumberger LTD Netherlands Antilles Foreign Stock | A | Dividend | J | T | Buy | 02/01/16 | J | | 363 |
| 420. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 421. Schneider Electric SE Unsponsored ADR (SBGSY) | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 422. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 423. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 424. Schwab Charles Corp New (SCHW) | A | Dividend | K | T | Buy (add'l) | 01/20/16 | J | | 319 |
| 425. | | | | | Sold (part) | 09/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. ServiceNow Inc (NOW) | | None | K | T | Sold (part) | 10/19/16 | J | A | 274 |
| 427. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 428. Shire PLC Spon ADR (SHPG) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 315 |
| 429. | | | | | Buy (add'l) | 01/12/16 | J | | |
| 430. | | | | | Sold (part) | 12/19/16 | J | | |
| 431. Siemens A G Spon Adr (SIEGY) | | None | K | T | Buy | 05/13/16 | J | | |
| 432. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 433. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 434. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 435. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 436. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 437. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 438. Sony Corp. ADR New Japan ADR (SNE) | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | 312 |
| 439. | | | | | Sold (part) | 08/31/16 | J | A | |
| 440. Splunk Inc.(SPLK) | | None | K | T | Buy (add'l) | 12/02/16 | J | | 321 |
| 441. Starbucks Corp (SBUX) | A | Dividend | K | T | Buy (add'l) | 11/07/16 | J | | 263 |
| 442. Sumitomo Mitsui Financial Spon ADR (SMFG) | A | Dividend | J | T | Sold (part) | 01/19/16 | J | A | 714 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 45

**Name of Person Reporting**

**ROSS, ALLYNE R.**

**Date of Report**

07/31/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 01/29/16 | J | | |
| 444. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 445. Sumitomo Mitsui Trust Holdings Spon ADR (SUTNY) | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 446. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 447. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 448. Suncor Energy Inc New CAD (SU) | A | Dividend | K | T | Buy | 05/27/16 | J | | |
| 449. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 450. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 451. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 452. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 453. SunTrust Banks Inc (STI) | A | Dividend | K | T | Sold (part) | 07/28/16 | J | A | 328 |
| 454. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 455. Technip SA New Spon ADR (TKPPY) | | None | J | T | Buy | 08/18/16 | J | | |
| 456. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 457. | | | | | Sold (part) | 12/01/16 | J | A | |
| 458. Telecom Italia SPA New Restg (TI) | | None | J | T | Sold (part) | 04/26/16 | J | | 116 |
| 459. | | | | | Buy (add'l) | 08/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 45

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

07/31/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 12/19/16 | J | | |
| 461. Total S.A. France Spon ADR (TOT) | B | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | 716 |
| 462. | | | | | Buy (add'l) | 02/02/16 | K | | |
| 463. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 464. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 465. Transcanada Corp (Holding Co) (TRP) | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 466. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 467. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 468. Travelers Cos. Inc/The (TRV) | A | Dividend | J | T | Sold (part) | 01/27/16 | J | B | 391 |
| 469. Unilever NV NY SHS New (UN) | A | Dividend | J | T | Buy (add'l) | 07/20/16 | J | | 725 |
| 470. | | | | | Buy (add'l) | 07/24/16 | J | | |
| 471. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 472. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 473. Union Pacific Corp (UNP) | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | 121 |
| 474. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 475. United Parcel Service Inc Cl (UPS) | A | Dividend | J | T | Buy (add'l) | 02/01/16 | J | | 361 |
| 476. | | | | | Buy (add'l) | 11/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. United Health Group Inc (UNH) | A | Dividend | K | T | Sold (part) | 01/08/16 | J | A | 508 |
| 478. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 479. US Bancorp Del (New) (USB) | A | Dividend | K | T | Buy (add'l) | 04/05/16 | J | | 367 |
| 480. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 481. Verizon Communciations Inc (VZ) | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | 728 |
| 482. | | | | | Sold (part) | 03/11/16 | J | A | |
| 483. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 484. Visa Inc. CL A (V) | A | Dividend | K | T | Sold (part) | 07/29/16 | J | A | 368 |
| 485. Vodafone Group PLC Spon ADR (VOD) (Y) | | | | | | | | | 411 |
| 486. Wells Fargo & Co New (WFC) | A | Dividend | K | T | Buy (add'l) | 02/12/16 | J | | 414 |
| 487. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 488. Weyerhauser Co. (WY) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | 742 |
| 489. Wolseley PLC Spon ADR (WOSYY) | A | Dividend | J | T | Buy (add'l) | 02/02/16 | J | | 200 |
| 490. | | | | | Buy (add'l) | 02/24/16 | J | | |
| 491. | | | | | Sold (part) | 04/08/16 | J | | |
| 492. | | | | | Sold (part) | 10/06/16 | J | | |
| 493. Zurich Ins Group Ltd Spon ADR (ZURVY) | A | Dividend | J | T | Buy | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 01/12/16 | J | | |
| 495. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 496. | | | | | Buy (add'l) | 07/14/16 | J | | |
| 497. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 498. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 499. 3M Co. (MMM) | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | 743 |
| 500. IShares Russell 1000 Growth (IWF) | A | Dividend | L | T | Sold (part) | 01/11/16 | K | | 470 |
| 501. | | | | | Buy (add'l) | 12/12/16 | L | | |
| 502. IShares MSCI EAFE Value ETF (EFV) | A | Dividend | L | T | Sold (part) | 01/11/16 | L | | 473 |
| 503. | | | | | Sold | 02/02/16 | K | | |
| 504. | | | | | Buy | 12/19/16 | L | | |
| 505. Vanguard Value ETF (VTV) | A | Dividend | L | T | Sold (part) | 01/11/16 | M | | 515 |
| 506. | | | | | Sold | 02/01/16 | L | | |
| 507. | | | | | Buy | 12/08/16 | L | | |
| 508. JP Morgan International Value SMA Fund (JTIVX) | D | Interest | M | T | Sold (part) | 01/11/16 | J | | 746 |
| 509. | | | | | Sold (part) | 01/19/16 | J | | |
| 510. | | | | | Sold (part) | 02/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 10/12/16 | J | | |
| 512. | | | | | Sold (part) | 11/15/16 | J | | |
| 513. Tyco Intl | | None | | | Sold | 02/12/16 | J | | 119, 120 |
| 514. Cerner | | None | | | Sold (part) | 03/08/16 | J | | 123 |
| 515. | | | | | Sold (part) | 04/14/16 | J | | |
| 516. | | | | | Sold (part) | 05/16/16 | J | | |
| 517. | | | | | Sold (part) | 07/19/16 | J | A | |
| 518. | | | | | Sold (part) | 11/03/16 | J | | |
| 519. | | | | | Sold (part) | 11/14/16 | J | | |
| 520. | | | | | Sold (part) | 11/23/16 | J | | |
| 521. | | | | | Sold | 12/02/16 | J | | |
| 522. Industrial & Commercial Bank China ADR | | None | | | Sold | 02/02/16 | J | | 135 |
| 523. ARM Holdings PLC | A | Dividend | | | Buy | 01/28/16 | K | | |
| 524. | | | | | Sold (part) | 04/19/16 | J | | |
| 525. | | | | | Sold (part) | 07/20/16 | J | D | |
| 526. | | | | | Sold | 08/02/16 | J | B | |
| 527. Astrazeneca PLC Spon ADR | A | Dividend | | | Sold (part) | 02/12/16 | J | | 143 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 45

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

07/31/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 02/16/16 | J | | |
| 529. | | | | | Sold (part) | 03/17/16 | J | | |
| 530. | | | | | Sold | 12/08/16 | K | | |
| 531. AthenaHealth | | None | | | Sold (part) | 11/16/16 | J | | 152 |
| 532. | | | | | Sold (part) | 12/07/16 | J | | |
| 533. | | | | | Sold | 12/12/16 | J | | |
| 534. Allergan | | None | | | Sold | 12/12/16 | K | | 189 |
| 535. Chipotle | | None | | | Sold (part) | 10/25/16 | J | | 217 |
| 536. | | | | | Sold (part) | 12/06/16 | J | | |
| 537. | | None | | | Sold | 12/12/16 | J | | |
| 538. BMW (Y) | | | | | | | | | 239 |
| 539. Mead Johnson | A | Dividend | | | Sold (part) | 01/13/16 | J | | 246 |
| 540. | | | | | Sold (part) | 01/11/16 | J | | |
| 541. | | | | | Sold | 01/21/16 | J | | |
| 542. Novartis AF Spon ADR (Y) | | | | | | | | | 286 |
| 543. Seven & I Holdings Co LTD ADR | A | Dividend | | | Sold | 02/24/16 | J | A | 320 |
| 544. Societe Generale France | | None | | | Sold | 01/22/16 | J | | 354 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 45

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

07/31/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Toyota | A | Dividend | | | Sold (part) | 03/01/16 | J | | 356 |
| 546. | | | | | Sold (part) | 03/14/16 | J | | |
| 547. | | | | | Sold (part) | 03/29/16 | J | | |
| 548. | | | | | Sold (part) | 04/07/16 | J | | |
| 549. | | | | | Sold | 05/31/16 | J | | |
| 550. Magellan Mainstream Partners LP | B | Distribution | K | T | | | | | 395 |
| 551. Trishield Special Situations Fund | G | Distribution | O | T | | | | | 425 |
| 552. Abbott Labs | A | Dividend | | | Sold | 02/16/16 | J | | 426 |
| 553. Abbvie | A | Dividend | | | Sold | 05/11/16 | J | D | 427 |
| 554. Glaxo SmithKline PLC ADR | A | Dividend | | | Sold (part) | 04/14/16 | J | A | 467 |
| 555. | | | | | Sold (part) | 09/21/16 | J | A | |
| 556. | | | | | Sold (part) | 10/18/16 | J | | |
| 557. | | | | | Sold (part) | 11/09/16 | J | | |
| 558. | | | | | Sold (part) | 11/16/16 | J | | |
| 559. | | | | | Sold | 11/29/16 | J | | |
| 560. Itau Unibanco | A | Dividend | | | Sold | 03/29/16 | J | B | 475 |
| 561. American Express | A | Dividend | | | Sold | 10/18/16 | J | | 481 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Nissan Motor LTD Spons ADR Japan ADR | | None | | | Sold (part) | 02/17/16 | J | | 491 |
| 563. | | | | | Sold | 02/29/16 | J | | |
| 564. Barclays PLC (X) | A | Dividend | | | Sold (part) | 01/19/16 | J | | |
| 565. | | | | | Sold (part) | 02/24/16 | J | | |
| 566. | | | | | Sold | 06/24/16 | J | | |
| 567. Koninkluke Philips NV Spon ADR | A | Dividend | | | Sold (part) | 05/12/16 | J | A | 518 |
| 568. | | | | | Sold | 05/13/16 | J | | |
| 569. Nokia Corp Spons ADR Finland ADR | | None | | | Sold (part) | 02/05/16 | J | | 545 |
| 570. | | | | | Sold (part) | 04/01/16 | J | | |
| 571. | | | | | Sold | 05/23/16 | J | | |
| 572. Teva Pharmaceuticals | A | Dividend | | | Sold | 12/19/16 | J | | 551 |
| 573. BG Group | A | Dividend | | | Sold (part) | 01/26/16 | J | A | 562 |
| 574. | | | | | Sold | 03/02/16 | J | A | |
| 575. Under Armour Inc Cl A | | None | | | Sold | 12/12/16 | J | A | 565 |
| 576. BHP Billiton Limited Spon ADR | A | Dividend | | | Sold | 03/23/16 | J | A | 569 |
| 577. Bristol Myers Squibb | A | Dividend | | | Sold (part) | 01/08/16 | J | B | 573 |
| 578. | | | | | Sold (part) | 05/25/16 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | ROSS, ALLYNE R. | 07/31/2017 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold | 06/27/16 | J | A | |
| 580. Illumina Inc. | | None | | | Sold (part) | 09/12/16 | J | A | 619 |
| 581. | | | | | Sold (part) | 09/26/16 | J | A | |
| 582. | | | | | Sold (part) | 10/26/16 | J | | |
| 583. | | | | | Sold (part) | 11/10/16 | J | | |
| 584. | | | | | Sold (part) | 12/07/16 | J | | |
| 585. | | | | | Sold | 12/12/16 | J | | |
| 586. IBM | | None | | | Sold | 01/27/16 | J | | 628 |
| 587. McDonalds Corp | A | Dividend | | | Sold | 08/29/16 | J | B | 632 |
| 588. Nestle A Sponsored ADR Repstg Reg SHS Switzerland ADR | | None | | | Sold | 03/03/16 | J | | 640 |
| 589. Aviva PLC Spon ADR | A | Dividend | | | Sold | 06/14/16 | J | | 645 |
| 590. Eversource Energy Com | A | Dividend | | | Sold | 04/05/16 | J | B | 662 |
| 591. Repsol (Y) | | | | | | | | | 686 |
| 592. Royal KPN NV Spon ADR | A | Dividend | | | Sold (part) | 02/17/16 | J | A | 703 |
| 593. | | | | | Sold (part) | 04/13/16 | J | A | |
| 594. | | | | | Sold | 04/26/16 | J | A | |
| 595. United technologies Corp (UTX) | A | Dividend | | | Sold | 06/27/16 | J | A | 726 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. LinkedIn Corp. | | None | | | Sold | 02/10/16 | J | | 738 |
| 597. Acadia Healthcare Co Inc | | None | | | Buy | 01/26/16 | J | | |
| 598. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 599. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 600. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 601. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 602. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 603. | | | | | Sold | 12/12/16 | J | | |
| 604. Adidas AG Spon ADR | A | Dividend | | | Buy | 01/19/16 | J | | |
| 605. | | | | | Sold (part) | 08/10/16 | J | A | |
| 606. | | | | | Sold (part) | 08/12/16 | J | A | |
| 607. | | | | | Sold | 08/31/16 | J | B | |
| 608. Bayerische Motoren Werke A G (X) | | None | | | Sold (part) | 01/19/16 | J | | |
| 609. | | | | | Sold (part) | 01/21/16 | J | | |
| 610. | | | | | Sold | 02/09/16 | J | | |
| 611. Becton Dickinson & Co Common Stock | A | Dividend | | | Buy | 08/29/16 | J | | |
| 612. | | | | | Sold | 12/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. Credit Suisse Group Spon ADR | | None | | | Buy | 01/11/16 | J | | |
| 614. | | | | | Sold (part) | 04/01/16 | J | | |
| 615. | | | | | Sold | 05/06/16 | J | | |
| 616. E On SE Spon ADR | A | Dividend | | | Buy | 01/26/16 | J | | |
| 617. | | | | | Sold (part) | 08/17/16 | J | | |
| 618. | | | | | Sold | 08/18/16 | J | | |
| 619. RSA INS Group PLC Spon ADR | A | Dividend | | | Buy | 01/22/16 | J | | |
| 620. | | | | | Sold (part) | 04/12/16 | J | A | |
| 621. | | | | | Sold | 06/02/16 | J | A | |
| 622. IShares S & P Small Cap 600 Index Fund (Y) | | | | | | | | | 745 |
| 623. Brokerage Account #4 (H) | | | | | | | | | |
| 624. Amerigas Partners | | None | | | Sold | 08/17/16 | J | | 370 |
| 625. Enbridge Energy Partners | | None | | | Sold | 08/26/16 | J | | 371 |
| 626. Energy Transfer Partners | | None | | | Sold | 08/26/16 | K | D | 372 |
| 627. Energy Transfer Equity | | None | | | Sold | 03/28/16 | K | D | 373 |
| 628. Enlink Midstream Ream Partners | | None | | | Sold | 08/26/16 | K | | 376 |
| 629. Enterprise Products Partners | | None | | | Sold | 08/26/16 | L | | 378 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  EQT Midstream Partners | | None | | | Sold | 08/26/16 | K | B | 380 |
| 631.  Genesis Energy LP | | None | | | Sold | 08/26/16 | K | | 383 |
| 632.  Plains All American Pipeline LP | | None | | | Sold | 08/26/16 | K | | 385 |
| 633.  Shell Midstream Partners LP | | None | | | Sold | 08/26/16 | J | | 387 |
| 634.  Oneok Partners LP | | None | | | Sold | 08/26/16 | K | | 397 |
| 635.  Williams Partners LP | | None | | | Sold | 08/26/16 | M | A | 401 |
| 636.  MPLX LP Com Unit Rep Stg (X) | | None | | | Sold | 08/26/16 | K | D | |
| 637.  Tallgrass Energy Partners LP Com Unit (X) | | None | | | Sold (part) | 05/26/16 | J | | |
| 638. | | | | | Sold | 08/26/16 | J | A | |
| 639.  Oppenheimer Developing Markets Fund | A | Dividend | M | U | | | | | 760 |
| 640.  Brokerage #5 (H) | | | | | | | | | |
| 641.  New York Thruway Bond mat 4/16 | B | Interest | | | Sold | 04/01/16 | L | | 761 |
| 642.  New York Thruway Bond mat. 1/22 | B | Interest | L | T | | | | | 762 |
| 643.  Hempstead NY Bond | B | Interest | | | Sold | 11/07/16 | L | A | 763 |
| 644.  NY State Dormitory Authority Bond mat. 7/19 | C | Interest | L | T | | | | | 764 |
| 645.  NY State Dormitory Bond mat. 2/20 | C | Interest | L | T | | | | | 765 |
| 646.  Nassau County Bond mat. 11/16 | B | Interest | | | Sold | 05/31/16 | L | | 766 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. NY State Environmental Bond | B | Interest | L | T | | | | | 767 |
| 648. Bay Shore NY Union Free School District | B | Interest | L | T | | | | | 768 |
| 649. Erie County NY Bond | C | Interest | M | T | | | | | 769 |
| 650. Buffalo NY Bond matures 9/16 | B | Interest | | | Sold | 09/01/16 | K | | 771 |
| 651. NYC Muni WTR in Authority Bond (No.1) | C | Interest | L | T | | | | | 772, 775 |
| 652. Massachusetts Bond | C | Interest | L | T | | | | | 773 |
| 653. Metropolitan Transit Authority Bond | C | Interest | L | T | | | | | 774 |
| 654. Dormitory Auth of NY Bond mat. 10/21 | C | Interest | K | T | | | | | 776 |
| 655. Triborough Bridge & Tunnel Authority Bonds (2) | C | Interest | L | T | | | | | 778 |
| 656. 34th Street Partnership Bond | C | Interest | L | T | | | | | 779 |
| 657. Tampa Florida Bond | C | Interest | L | T | | | | | 780 |
| 658. Millbrook Golf & Tennis | C | Interest | | | Sold | 11/07/16 | L | C | 781 |
| 659. NYC Transit Finance Authority Future | C | Interest | L | T | | | | | 782 |
| 660. Indiana Bond | C | Interest | | | Sold | 11/07/16 | L | C | 783 |
| 661. Shenenoehowa NY Bond | B | Interest | K | T | | | | | 784 |
| 662. NYC Transit Bond mat. 7/28 | | None | L | T | | | | | 785 |
| 663. Binghamton NY Board | B | Interest | | | Sold | 02/16/16 | L | | 786 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Chicago O'Hare Airport Bond | B | Interest | K | T | | | | | 787 |
| 665. NYS Dorm Auth REV North Shore | B | Interest | | | Buy | 04/16/16 | K | | |
| 666. | | | | | Sold | 11/07/16 | K | | |
| 667. White Plains N Y SR A | B | Interest | | | Buy | 02/16/16 | L | | |
| 668. | | | | | Sold | 11/07/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 07/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2016, assets were listed by account for ease of reporting, and names were corrected or expanded as needed. To assist in this transition, corresponding line references to the 2015 report were included in Column D(5).

Part VII, line 3 does not include underlying investment options.

Part VII, lines 309 and 599, Column C of the 2015 report should have been blank.

Part VII, line 404, Column C of the 2015 report was inadvertently omitted.

Part VII, line 688, Column D(1) of the 2015 report should have reflected a full sale instead of a partial sale.

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **ALLYNE R. ROSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544